# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-170

TO: Michael Holland   SBI#: 203950

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: January 31, 2005

FILED
MAR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of July 1, 2004 to December 31, 2004.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | (-19.95) |
| Aug | (-19.95) |
| Sept | (-19.95) |
| Oct | 40.61 |
| Nov | 28.42 |
| Dec | 16.20 |

Average daily balances/6 months: 4.23

Attachments
CC: File

Stacy Shane
1/31/05

NOTARY
1/31/05