3-13-05

c/o Clerk Office

I sent this form to the proper people here at D.C.C., on two occasions and yet to have this paper work filled out and returned to me.

Also Law Libreian here at D.C.C. copied and stapled these dockuments. He missed placed the order in which dockuments was to be in order. Sorry for the inconvience.

*[signature]*

Also I'am sending a copy, though is the olinginal for myself with a petition that was sent to administrations here at D.C.C. Please make copy and send back copy of this petition or olinginal. Thank you.

*[signature]*