United States District Court
District of Delaware

Department of Corrections et al
   Defendant

Holland, Michael
   Petioner

Case No. 1:05-cv-170

S.L.R.

Motion for Court U.S.D.C.

I Michael A. Holland is fileing for a change of address and name change of one defendant. Address changed to 250 East Mount Vernon Street Smyrna, Del. 19977. Also name changed from c/o Newton is James Gardels. Address is Petioner change of address from 1161 Paddock Rd. Smyrna, Del. 19977.



FILED
APR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE


M. Holland
250 East Mount Vernon St.
Smyrna, Del. 19977.

Office of the Court
United States District Court
844 N. King Street, Lock box 18
Wilmington, Del. 19801-3570