OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 20, 2005

TO: Michael Anthony Holland
250 East Mount Vernon Street
Smyrna, DE 19977

**RE: Motion filed 4/18/05 , CA 05-170 SLR**

Dear Mr. Holland:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, an original signature must be placed on the document.

Your corrected filing, to include the original signature, should be sent to this office for processing. For your convenience a copy of the submitted letter is enclosed.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 05-170 SLR:

United States District Court
District of Delaware

④

Department of Corrections et al
  Defendant

Case No. 1:05-cv-170

S.L.R.

Holland, Michael
  Petioner

## Motion for Court U.S.D.C.

I Michael A. Holland is fileing for a change of address and name change of one defendant. Address changed to 250 East Mount Vernon Street Smyrna, Del. 19977. Also name changed from c/o Newton is James Gardels. Address is Petioner Change of address from 1181 Paddock Rd. Smyrna, Del. 19977.



FILED APR 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE