IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL ANTHONY HOLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-170-SLR |
| | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| DELAWARE CORRECTIONAL CENTER, | ) |
| WARDEN THOMAS CARROLL, SGT. | ) |
| BAMBI THOMAS, C/O NEWTON, | ) |
| C/O BOSTON, and C/O LOYDD, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 19, 2005, this Court entered an order granting leave to proceed in forma pauperis and ordering the plaintiff to submit within thirty (30) days from the date the order was sent, a complete certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this _3d_ day of _June_, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $250.00 filing fee.

_____
United States District Judge